

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-31,660-12

### EX PARTE FRED L. HARRIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-3-W011392-0473732-G
### IN CRIMINAL DISTRICT COURT NUMBER THREE
### FROM TARRANT COUNTY

*Per curiam*.

#### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of attempted capital murder and sentenced to ninety-nine years' imprisonment. The Second Court of Appeals affirmed his conviction. *Harris v. State*, No. 02-93-00423-CR (Tex. App.—Fort Worth May 11, 1994) (not designated for publication).

Applicant contends, among other things, that newly discovered evidence establishes that he is actually innocent, trial counsel was ineffective, an identification was impermissibly suggestive,

the prosecution was racially motivated and violated Applicant's due process and equal protection rights, and the State knowingly relied on false evidence.

Applicant's actual innocence and false evidence claims are denied. His remaining claims are dismissed. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. Accordingly, this application is denied in part and dismissed in part.

Filed: June 12, 2019
Do not publish